IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SAMANTHA DE LA CRUZ<br>*Plaintiff*<br><br>vs.<br><br>RAUSCH STURM, LLP<br><br>&<br><br>DISCOVER BANK<br>*Defendants*. | § § § § § § § § § § § § § | CASE NUMBER: 1:24-CV-00439<br><br><br><br>**DEMAND FOR JURY TRIAL** |

## ORIGINAL COMPLAINT

1. Plaintiff Samantha De La Cruz sues for claims under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, and the Texas Debt Collection Act ("TDCA"), Texas Finance Code Chapter 392, to obtain actual damages, statutory damages, injunctive relief, costs and a reasonable attorney's fee for the Defendants' violations of the FDCPA and the TDCA.

## JURISDICTION AND VENUE

2. The federal claims asserted arise under 15 U.S.C. § 1692. The jurisdiction of the Court is founded on 28 U.S.C. § 1331 (federal question). This Court has supplemental jurisdiction over the state-law claims under 28 U.S.C. § 1367.

3. Venue is proper in the United States District Court for the Western District of Texas, Austin Division, because the acts and transactions occurred in this district and the Defendants transact business there.

## THE PARTIES

4. Plaintiff Samantha De La Cruz (**"De La Cruz"**) lives in Hays County, Texas.

5. Defendant Rausch Sturm, LLP ("**Rausch**") is a business organized under the laws of the State of Wisconsin. Rausch may be served by serving its registered agent at:

>Corporation Service Company
>211 E. 7th Street, Ste. 620
>Austin, TX 78701

6. Defendant Discover Bank ("**Discover**") is a business and may be served by serving its registered agent at:

>CT Corporation System
>1999 Bryan St., Ste. 900
>Dallas, TX 75201

## FACTUAL ALLEGATIONS

7. Discover retained Rausch to collect money from De La Cruz.

8. Rausch is a law firm.

9. On its website, Rausch describes itself as "a law firm that represents creditor issuers and creditors."

10. On the same website, Rausch describes itself as "Attorneys in the Practice of Debt Collection".

11. Rausch files numerous lawsuits each month against Texans to collect money allegedly owed.

12. Many or most of these lawsuits are to collect a consumer debt.

13. Rausch twice sued De La Cruz on behalf of its client, Discover, to collect money allegedly owed.

14. The lawsuits were filed in Hays County Justice Court, Precinct One, Place One and were both styled Discover Bank vs. Samantha Delacruz.

15. De La Cruz was first served with suit #D24-106J11 which sought to collect $5,431.15.

16. De La Cruz did not recognize the debt.

17. De La Cruz believed she had been a victim of identity theft.

18. De La Cruz promptly completed an identity theft report using the form provided by the Federal Trade Commission and sent it to Rausch.

19. De La Cruz emailed Rausch the FTC identity theft report on February 29, 2024.

20. De La Cruz was then served with suit #D24-176J11 which sought to collect $9,703.53.

21. Unauthorized purchases were made on the account sued on in suit #D24-176J11.

22. Discover had been informed that unauthorized purchases were made on the account.

23. De La Cruz again communicated to Rausch that the debt it was collecting was inaccurate.

24. De La Cruz hired counsel to represent her in these two cases.

25. De La Cruz incurred the expense of hiring counsel.

26. De La Cruz has been upset, stressed, and fearful as a consequence of being sued for debts that are not hers.

## VIOLATIONS OF THE FDCPA

27. Plaintiff re-alleges the above paragraphs as if set forth in this count.

28. Rausch falsely represented the amount of the alleged debt in violation of 15 U.S.C. § 1692e(2)(A) by representing De La Cruz owed $5,431.15 when she owed nothing.

29. Rausch falsely represented the amount of the alleged debt in violation of 15 U.S.C. § 1692e(2)(A) by representing De La Cruz owed $9,703.53 when she owed much less.

30. Rausch unfairly tried to collect a debt by failing to reasonably investigate Kovach's dispute in violation of 15 U.S.C. § 1692f.

## VIOLATIONS OF THE TDCA

31. Plaintiff re-alleges the above paragraphs as if set forth in this count.

32. Rausch and Discover misrepresented the amount of the alleged debt in violation of § 392.304(8) of the TDCA by representing De La Cruz owed $5,431.15 when she owed nothing.

33. Rausch and Discover misrepresented the amount of the alleged debt in violation of § 392.304(8) of the TDCA by representing De La Cruz owed $9,703.53 when she owed much less.

34. Rausch and Discover failed to make a reasonable investigation of De La Cruz's written dispute in violation of § 392.202 of the TDCA.

## REQUEST FOR RELIEF

35. Plaintiff requests this Court award her:

    a. Actual damages;

    b. Statutory damages;

    c. Injunctive relief prohibiting continuing collection debts she does not owe;

    d. Costs; and

    e. A reasonable attorney's fee.

## JURY DEMAND

Plaintiff demands trial by jury.

Respectfully Submitted,
By: *Tyler Hickle*
Plaintiff's Attorney

Tyler Hickle, SBN 24069916
Law Office of Tyler Hickle, PLLC
4005C Banister Lane, Ste. 120
Austin, TX 78704
Tel: (512) 289-3831 Fax: (512) 870-9505
tyler@hicklepllc.com